20102. SUPERIOR PINE PRODUCTS COMPANY *v.* WILLIAMS, Revenue Commissioner.

HEAD, Justice. This case is controlled by the rulings in *Superior Pine Products Co.* v. *Williams,* ante.

*Judgment affirmed. All the Justices concur, except Wyatt, P. J., and Candler, J., who dissent.*

ARGUED JULY 14, 1958—DECIDED OCTOBER 10, 1958.

*Tillman & Brice,* for plaintiff in error.

*Eugene Cook, Attorney-General, Ben F. Johnson, Jr., Hugh Gibert, Deputy Assistant Attorneys-General,* contra.